UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN-TAO LI,<br><br>    Plaintiff,<br><br>v.<br><br>JIE SUO, et al.,<br><br>    Defendants. | Case No. 24-cv-05055-AMO<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO DISMISS SHOULD NOT BE GRANTED AS UNOPPOSED** |

On October 4, 2024, Defendant Roger W. Anderson moved to dismiss Plaintiff Yan-Tao Li's verified complaint, or alternatively, for a more definite statement. As of the filing of this order to show cause, Li has filed no opposition to the motion. Accordingly, Li is **ORDERED TO SHOW CAUSE** why the motion should not be granted as unopposed. By no later than December 20, 2024, Li must file a written response, of no more than three pages, indicating why the motion to dismiss should not be granted as unopposed. In addition, by December 20, 2024, Li must also file either (1) an opposition to the motion to dismiss or (2) a statement of non-opposition to the motion.

To aid in his compliance with this order, Lin may wish to contact the Federal Pro Case Bono Project's Help Desk – a free service for pro se litigants – by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney. More information about the program is available online at the Court's website.

**IT IS SO ORDERED.**

Dated: November 27, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**