UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAN-TAO LI,

          Plaintiff,

    v.

JIE SUO, et al.,

          Defendants.

Case No. 24-cv-05055-AMO

**ORDER DISMISSING CASE WITHOUT PREJUDICE AS TO DEFENDANTS FCI LENDER, INC. AND CALIFORNIA TD SPECIALISTS**

This suit alleges that Defendants Roger Anderson, Trustee of the RWA Trust Dated March 14, 2014 ("Anderson" or "RWA"), FCI Lender, Inc. ("FCI"), and California TD Specialists ("TDS") improperly relied on a void power of attorney when foreclosing on Plaintiff Yan-Tao Li's home.

The following is an abbreviated procedural history of this case as relevant to the instant order. On August 12, 2024, Plaintiff Yan-Tao Li filed a complaint. Dkt. No. 1. On August 13, 2024, Li filed an amended complaint alleging that Defendants wrongfully foreclosed on his home. Dkt. No. 8. On May 8, 2025, the Court granted RWA's motion to dismiss with leave to amend, Dkt. No. 20, and Li subsequently filed a second amended complaint, Dkt. No. 21.[1] RWA again filed a motion to dismiss, Dkt. No. 24, and the Court granted RWA's motion without leave to amend on January 27, 2026, Dkt. No. 29. The Court additionally ordered the remaining parties, Plaintiff Li and Defendants FCI and TDS, to file a case management statement describing contemplated next steps in this matter. *Id.* at 7. No case management statement was filed by the Court's deadline, so the Court again ordered the remaining parties to file a joint case management

---

[1] Li's amended complaint did not name original Defendant Jie Suo. *See* Dkt. No. 21. Accordingly, she was terminated from the case on June 5, 2025.

statement by a date certain. Dkt. No. 31. Again, no case management statement was filed. *See* Dkt. No. 32.

On February 24, 2026, the Court issued an order to show cause which required Li to submit a statement explaining (1) why the action should not be dismissed for failure to serve remaining defendants FCI and TDS, and (2) why the action should not be dismissed for failure to prosecute since Li had missed two Court-ordered deadlines. *Id.* On March 21, 2026, Li submitted a timely response to the order to show cause which stated that he "does not oppose dismissal without prejudice of Defendants FCI and TDS for failure to serve." Dkt. No. 33 at 2.

If defendants are not served within 90 days after a complaint is filed, a court must either dismiss the case or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Because the complaint was filed over a year ago and FCI and TDS have still not been served, and because Li does not oppose dismissal for failure to serve, the Court **DISMISSES** this action without prejudice as to Defendants FCI and TDS. As FCI and TDS were the only remaining Defendants in this action, the Court instructs the Clerk of Court to close this case.

**IT IS SO ORDERED.**

Dated: March 27, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2